IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD KOPF, District Judge (Ret.); and<br>JOSEPH BATAILLON, District Judge;<br><br>　　　　　　Defendants. | 8:23CV452<br><br>**ORDER** |

　　　This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(b)(5), which provides that any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding . . . ." The undersigned is named as a defendant in this matter and shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(b)(5).

　　　SO ORDERED.

　　　Dated this 22nd day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Joseph F. Bataillon*
　　　　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge